IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2551-JLK**

**BARRY F. SHESOL, M.D.**,

        Plaintiff,

v.

**I. V. HOUSE, INC., a Missouri corporation,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The parties' Joint Motion to Administratively Suspend Proceedings (Doc. 9) is GRANTED. This action is stayed until August 8, 2007, and all pending motions and case deadlines are suspended through this date.

        On or before August 8, 2007, the parties shall submit a status report and proposed schedule for resumption of this case if their dispute has not been resolved in the interim.

Dated: April 10, 2007