IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2551-JLK**

**BARRY F. SHESOL, M.D.**,

        Plaintiff,

v.

**I. V. HOUSE, INC., a Missouri corporation,**

        Defendant.

## ORDER

Kane, J.

The parties' Joint Motion for Additional Stay (Doc. 15), the third in this action, is GRANTED. This action is stayed until February 4, 2008, and all pending motions and case deadlines are suspended through this date. On or before February 4, 2008, the parties shall submit a status report and proposed schedule for resumption of this case if their dispute has not been resolved in the interim.

This action will have been stayed at the parties' request for almost nine months by the time this latest stay expires. While I applaud the parties' continuing efforts at settlement, their progress to date brings the following quotation by Andrew Marvell (1621-78) to mind:

> But at my back I always hear
> Time's winged chariot hurrying near;
> And yonder all before us lie
> Deserts of vast eternity.

Dated this 7th day of November, 2007.

        s/ John L. Kane
        John L. Kane, Senior District Judge
        United States District Court